# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | |
|---|---|
| PROGRESS FOR BAKERSFIELD VETERANS, LLC | ) |
| *Plaintiff*, | ) |
| v. | ) No. 19-329C |
| THE UNITED STATES, | ) (Senior Judge Bruggink) |
| *Defendant*, and | ) |
| SASD DEVELOPMENT GROUP, LLC, | ) |
| *Intervenor*. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Progress For Bakersfield Veterans, LLC, in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the order of dismissal dated April 10, 2019 and the final judgment dismissing the complaint without prejudice for lack of jurisdiction entered in this action on April 11, 2019.

DATED: June 10, 2019

_____
ROBERT C. MACKICHAN, JR.

Holland & Knight
800 17th Street, N.W., Ste. 1100
Washington, DC  20006
Tele:  (202) 862 -5962
Fax:  (202) 955-5564
Email:  robert.mackichan@hklaw.com

*Attorney for Plaintiff*

OF COUNSEL:

MARY BETH BOSCO
Holland & Knight LLP
800 17th Street, N.W., Ste. 1100
Washington, DC  20006
Tele:  (202) 469-5270
Fax:  (202) 955-5564
Email:  marybeth.bosco@hklaw.com

JOSEPH J. PETRILLO
Petrillo & Powell, PLLC
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20015
Tele: 202-887-0405
Fax: 202-478-1656
jp@petrillopowell.com

ELIZABETH N. JOCHUM
Holland & Knight LLP
1650 Tysons Boulevard, Ste. 1700
Tysons, VA  22102
Tele: (703) 720-8600
Fax:  (703) 720-8610
Email:  elizabeth.jochum@hklaw.com

DANIEL HANLON
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tele: (305) 789-7593
Fax: (305)789-7799
Email: daniel.hanlon@hklaw.com

#66753128_v1